UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AUDREY CARTER,                          :
                                        :   Civil Action No. 09-2314 (JBS)
                 Plaintiff,             :
                                        :
                                        :
                 v.                     :   **ORDER**
                                        :
UNITED DISTRICT COURT OF                :
TRENTON NEW JERSEY, et al.,             :
                                        :
                 Defendants.            :


For the reasons expressed in the Court's Opinion filed herewith,

It is on this ___**12ᵗʰ**___ day of ___**August**___, 2009,

ORDERED that, pursuant to 28 U.S.C. § 1915(a), the application by plaintiff to proceed in forma pauperis is hereby granted; and it is further

ORDERED that the Clerk of the Court is directed to file the Complaint without prepayment of the filing fee; and it is further

ORDERED that the Complaint is DISMISSED WITH PREJUDICE, in its entirety, as against all defendants, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii), based on judicial immunity, and for lack of subject matter jurisdiction with respect to the state law claims asserted; and it is further

ORDERED that the Clerk of the Court is directed to CLOSE this matter accordingly.

**_s/ Jerome B. Simandle_**
JEROME B. SIMANDLE
United States District Judge